DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

T.W., a child,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0772

_____

August 21, 2024

Appeal from the Circuit Court for Hillsborough County; Lawrence Lefler, Judge.

Howard L. Dimmig, II, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.